IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:25-CV-00022-M-RN

| | |
|---|---|
| ANDREW MORRISON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF THE NAVY, )<br>et al., )<br>)<br>Defendants. )<br>_____ ) | ORDER |

This matter comes before the court on the memorandum and recommendation (the "Recommendation") entered by Magistrate Judge Robert T. Numbers, II in this case on February 10, 2025 [DE 6]. In the Recommendation, Judge Numbers recommends that the court dismiss Plaintiff's Complaint without prejudice due to lack of subject-matter jurisdiction. DE 6 at 4-5. The Recommendation, along with instructions and a deadline for filing objections, was served on the Plaintiff on February 10. *See id.* at 5. Plaintiff filed several exhibits after the Recommendation was issued but did not object to the Recommendation. *See* DE 7; DE 8; DE 9.[1]

A magistrate judge's recommendation carries no presumptive weight. *See United States ex rel. Wheeler v. Acadia Healthcare Co., Inc.*, 127 F.4th 472, 486 (4th Cir. 2025). The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1). "The Federal Magistrates Act only requires district courts to 'make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection

---

[1] To the extent these documents are properly before the court, they have no bearing on the Recommendation.

is made.'" *Osmon v. United States*, 66 F.4th 144, 146 (4th Cir. 2023) (quoting 28 U.S.C. § 636(b)(1)). And "a party's objection to a magistrate judge's report [must] be specific and particularized." *United States v. Midgette*, 478 F.3d 616, 621 (4th Cir. 2007). This is a low bar, particularly when the plaintiff is pro se. *Elijah v. Dunbar*, 66 F.4th 454, 460 (4th Cir. 2023); *Erickson v. Pardus*, 551 U.S. 89, 94 (2007). But absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the Recommendation and the record presented, and finding no clear error, the court ADOPTS the Recommendation of Judge Numbers [DE 6] as its own. For the reasons stated therein, Plaintiff's Complaint [DE 1] is DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 19th day of March, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE